**Affirmed and Memorandum Majority and Memorandum Concurring Opinions filed March 12, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00500-CR

### DEAUNDRIC JAQUAY DORSEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 1645467

## MEMORANDUM CONCURRING OPINION

Given the current harsh caselaw concerning appeals based on ineffective-assistance-of-counsel claims when no evidentiary motion for new trial was filed, I concur in our judgment affirming the trial court's judgment. But I don't see the need of this court writing a lengthy opinion that complicates any future application for a writ of habeas corpus.

I also see no reason for the detail in the opinion of the evidence to support

the conviction and sentence. On direct appeal appellant is not challenging the sufficiency of the that evidence.[1] Nor do I agree with the majority's unnecessary suggestion that appellate counsel has waived what the majority suggests might be nonfrivolous arguments in support of the issue raised by appellate counsel—the alleged ineffective assistance of trial counsel.

I concur in this court's judgment.


/s  Charles A. Spain
     Justice

Panel consists of Justices Jewell, Spain, and Wilson.

Do not publish — Tex. R. App. P. 47.2(b)

---

[1] If the point of detailing the evidence is to suggest that appellant is such a bad person that no lawyer could effectively represent him, then the majority should make that point.